IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge R. Brooke Jackson

Civil Action No 17-cv-03139-RBJ

SARAH BUTLER,

    Plaintiff/Counter Defendant,

v.

PREMIER EARTHWORKS & INFRASTRUCTURE, INC., a Colorado corporation,

    Defendant/Counter Claimant.

## ORDER ON PARTIAL MOTION FOR SUMMARY JUDGMENT

    Plaintiff Sarah Butler filed this lawsuit against defendant Premier Earthworks & Infrastructure, Inc. ("PEI") following her alleged wrongful termination from the company in November 2016. PEI now moves for summary judgment on Ms. Butler's Title VII sex discrimination and breach of contract claims. ECF No. 31 at 12–19. PEI also moves for summary judgment on its breach of contract counterclaim. *Id.* at 19–20. Having reviewed PEI's motion and Ms. Butler's response, I am convinced that these claims are replete with material fact disputes. Accordingly, summary judgment is inappropriate.

    To name a few of the fact disputes, whether the conduct which supports Ms. Butler's hostile work environment claim was "unwelcome" conduct is a dispute which the jury is better equipped to determine. Moreover, the issue of whether Ms. Butler satisfactorily performed her job duties is for the factfinder to decide. Finally, based on the summary judgment evidence before the Court, I am unable to determine which party first breached the employment contract. Because PEI cannot demonstrate the absence of a genuine issue of material fact on the three

1

claims at issue in the present motion, PEI's partial motion for summary judgment, ECF No. 31, is DENIED.

DATED this 24th day of June, 2019.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge